**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
|     Kathy Briggs | ) | Case No. 17 B 33973 |
|     Michael E. Smith, | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Lake County |

## NOTICE OF MOTION

TO:   **Chapter 13 Trustee: Glenn B. Stearns,** 801 Warrenville Road, Suite 650, Lisle, IL 60532, via Electronic Court Notification;

**Debtor: Kathy Briggs and Michael E. Smith**, 619 N. Elmwood Ave., Waukegan, IL 60085, via U.S. Mail; and

See Attached List.

Please take notice that on **June 15, 2018** at **9:30 a.m.,** I shall appear before the **Honorable A. Benjamin Goldgar**, or any judge sitting in his stead, at North Branch Court (Round Lake Beach), 1792 Nicole Lane, Round Lake Beach, IL 60073, and present the attached Motion to Voluntarily Dismiss and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent the attached motion on **May 25, 2018** to the above-listed parties and the attached service list via U.S. Mail with postage prepaid from the mail located at 8707 Skokie Blvd., Suite 305, Skokie, IL 60077.

*/s/ David Freydin*
Law Offices of David Freydin
8707 Skokie Blvd., Suite 305
Skokie, IL 60077
847.972.6157

```
Label Matrix for local noticing          U.S. Bankruptcy Court               Bank Of America
0752-1                                   Eastern Division                    Nc4-105-03-14
Case 17-33973                            219 S Dearborn                      Po Box 26012
Northern District of Illinois            7th Floor                           Greensboro, NC 27420-6012
Chicago                                  Chicago, IL 60604-1702
Thu Nov 16 13:02:16 CST 2017

Capital One                              Certified Services Inc              Chase Card
Attn: Bankruptcy                         Po Box 177                          Attn: Correspondence
Po Box 30253                             Waukegan, IL 60079-0177             Po Box 15298
Salt Lake City, UT 84130-0253                                                Wilmington, DE 19850-5298


Comenity Bank                            Consumer Financial Services         Consumer Financial Svc
Quantum3 Group LLC                       300 South Green Bay Rd              10431 Us Highway 19
PO Box 788                               Waukegan, IL 60085-4822             Port Richey, FL 34668-3133
Kirkland, WA 98083-0788


Credit Management, LP                    Credit One Bank Na                  Deutsche Bank National Trust Compan
The Offices of Credit Management, LP     Po Box 98873                        c/o Select Portfolio Servicing Inc
Po Box 118288                            Las Vegas, NV 89193-8873            PO Box 65250
Carrolton, TX 75011-8288                                                     Salt Lake City, UT 84165-0250


HEIGHTS FINANCE CORP.                    Heights Finance Corp                Hsbc Bank Usa, Na
3726 W ELM ST                            779 S Odell Ave Ste 3               Po Box 2013
McHenry, IL 60050-4360                   Marshall, MO 65340-2569             Buffalo, NY 14240-2013


Luis Salazar MD                          Mid America Bk/total C              Midland Funding LLC
18931 W Washington St #100               5109 S Broadband Ln                 PO Box 2011
Grayslake, IL 60030-1101                 Sioux Falls, SD 57108-2208          Warren, MI 48090-2011


Navient                                  OneMain                             PEOPLES GAS LIGHT & COKE COMPANY
Attn: Bankruptcy                         Attn: Bankruptcy                    200 EAST RANDOLPH STREET
Po Box 9500                              601 Nw 2nd St                       Chicago, IL 60601-6433
Wilkes-Barr, PA 18773-9500               Evansville, IN 47708-1013


Rise                                     SPRINGCASTLE AMERICA FUNDING TRUST  Select Portfolio Servicing, Inc
Attn: Bankruptcy                         SPRINGLEAF FINANCIAL SERVICES       Po Box 65250
Oi Box 101808                            P.O. BOX 3251                       Salt Lake City, UT 84165-0250
Fort Worth, TX 76185                     Evansville, IN 47731-3251


Target                                   Washington Auto Group               David Freydin
C/O Financial & Retail Srvs              3030 Washington St                  Law Offices of David Freydin Ltd
Mailstopn BT POB 9475                    Waukegan, IL 60085-4844             8707 Skokie Blvd
Minneapolis, MN 55440-9475                                                   Suite 305
                                                                             Skokie, IL 60077-2281


Glenn B Stearns                          Kathy Briggs                        Michael E Smith
801 Warrenville Road Suite 650           619 N. Elmwood Ave                  619 N. Elmwood Ave
Lisle, IL 60532-4350                     Waukegan, IL 60085-3537             Waukegan, IL 60085-3537
```

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
|     Kathy Briggs | ) | Case No. 17 B 33973 |
|     Michael E. Smith, | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Lake County |

## MOTION TO VOLUNTARILY DISMISS

NOW COMES Kathy Briggs and Michael E. Smith, the Debtors, by and through their attorneys, The Law Offices of David Freydin, and moves this Honorable Court to enter an Order voluntarily dismissing the Debtors' case, and in support thereof states as follows:

1. That the Debtors filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C. on November 13, 2017.

2. That the Debtors' Chapter 13 Plan was confirmed by this Honorable Court on February 16, 2018 with plan payments of $712.00 per month for 36 months, paying unsecured creditors 10.00% of their allowed claims.

3. That the Debtors no longer wish to continue with the instant case and have requested that this case be dismissed.

WHEREFORE, Kathy Briggs and Michael E. Smith, the Debtors, pray this Honorable Court for the following relief:

    A. That this Honorable Court enter an order voluntarily dismissing the Debtors' case without prejudice; and

    B. For such other and further relief this Court deems just and proper.

Respectfully Submitted,

*/s/ David Freydin*

Law Offices of David Freydin
8707 Skokie Blvd., Suite 305
Skokie, IL 60077
847.972.6157